IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| MANDIE N. EGNOR, | CV 18-137-M-JCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based on the parties' agreement and stipulation, and good cause shown, it is hereby ORDERED as follows:

1. Pursuant to sentence four of 42 U.S.C. § 405(g), the above-captioned case is reverse and remand to the Defendant Commissioner of Social Security for further administrative proceedings and a new decision with respect to Plaintiff Mandie N. Egnor's applications for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively.

2. On remand, the administrative law judge (ALJ) shall:

a. Reweigh the medical opinions, especially the opinion of PA-C Basham and Dr. Gunther;

b. If necessary, reweigh the other opinions and the claimant's subjective complaints;

c. If necessary, reassess the claimant's residual functional capacity;

d. If necessary, obtain additional vocational testimony;

e. If necessary, reassess the findings at steps four and five; and

f. Issue a new decision.

3. Plaintiff should be entitled to move for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d).

The Clerk of Court is directed to enter judgment accordingly.

DATED this 14th day of February, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge