UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MANDIE N. EGNOR,<br><br>                Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | Case No. CV-18-137-M-JCL<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED the above-captioned case is reverse and remand to the Defendant Commissioner of Social Security.

      Dated this 15th day of February, 2019.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Annie Puhrmann
                                      Annie Puhrmann, Deputy Clerk